**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RECO MANNING** **PLAINTIFF**

**v.** **Case No: 4:26-cv-00681-JM-PSH**

**DUB BRASSELL ADULT**
**DETENTION CENTER, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff Reco Manning filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on July 9, 2026 (Doc. No. 1). The same day, the Court entered an order directing Manning to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days. *See* Doc. No. 2. Manning was cautioned that failure to comply with the Court's order within 30 days would result in the dismissal of his case.

More than 30 days have passed, and Manning has not complied or otherwise responded to the July 9 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Manning's complaint (Doc. No. 1) and amended complaint (Doc. No. 3) are DISMISSED WITHOUT PREJUDICE.

DATED this 14th day of August, 2026.

________________________________
UNITED STATES DISTRICT JUDGE