**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RECO MANNING** **PLAINTIFF**

**v.** **Case No: 4:26-cv-00681-JM**

**DUB BRASSELL ADULT**
**DETENTION CENTER, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of August, 2026.

UNITED STATES DISTRICT JUDGE